United States District Court
District of New Jersey

United States of America      :

   v.                         :

                               :   Criminal No. 07-Cr.956 (FSH)

Christian David Torres-
Cespedes, Angel Velez-         :
Torres, and Jean Carlos
Baez-Algarin                   :   **08 CRIM 223**

Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)


    I, Jean Carlos Baez-Algarin, defendant, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of New York in which I am held, and to waive trial in the above-captioned District.

Dated:

                                                 _____
                                                 Jean Carlos Baez-Algarin

                                                 _____
                                                 (Witness) Melvin Baez, Special Agent FBI

                                                 _____
                                                 Michael Pedicini, Esq.

Approved:

_____         _____
United States Attorney for the          United States Attorney for the
Southern District of New York           District of New Jersey

(SDNY ELECTRONICALLY FILED MAR 17 2008)

FEB-29-2008 Case 2:07-cr-00956-FSH   Document 13   Filed 03/06/2008   Page 2 of 2
FEB-29-2008 12:18 FROM:
Case 1:08-cr-00223-WHP   Document 3   Filed 03/17/2008   Page 2 of 2

United States District Court
District of New Jersey

United States of America     :

   v.                         :

                              :   Criminal No. 07-Cr.956 (FSH)

Christian David Torres-       :
Cespedes, Angel Velez-
Torres, and Jean Carlos       :
Baez-Algarin                  :

Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)

I, Jean Carlos Baez-Algarin, defendant, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of New York in which I am held, and to waive trial in the above-captioned District.

Dated:

_____
Jean Carlos Baez-Algarin

_____
(Witness)

Michael Pedicini, Esq.

Approved:

_____                    _____
United States Attorney for the               United States Attorney for the
Southern District of New York                District of New Jersey