2007R01274/JWA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :       Criminal No. 07-956(FSH)
                               :
                v.             :       21 U.S.C. § 841
                               :       18 U.S.C. § 2
                               :
CHRISTIAN DAVID TORRES-        :
CESPEDES, ANGEL VELEZ-TORRES,  :       I N D I C T M E N T
and JEAN CARLOS BAEZ-ALGARIN   :

# 08 CRIM 223

The Grand Jury in and for the District of New Jersey,

sitting in Newark, charges:

## COUNT 1

On or about November 8, 2007, at Newark Airport, in the

District of New Jersey and elsewhere, defendant

CHRISTIAN DAVID TORRES-CESPEDES

did knowingly and intentionally distribute and possess with

intent to distribute 5 kilograms or more of cocaine, a Schedule

II controlled substance.

In violation of Title 21, United States Code, Sections

841(a) & (b)(1)(A)(ii), and Title 18, United States Code, Section

2.



DOCUMENT
ELECTRONICALLY FILED

1

MAR 17 2008

## COUNT 2

On or about November 8, 2007, at Newark Airport, in the District of New Jersey and elsewhere, defendant

### ANGEL VELEZ-TORRES

did knowingly and intentionally distribute and possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a) & (b)(1)(A)(ii), and Title 18, United States Code, Section 2.

Case 2:07-cr-00956-FSH   Document 5   Filed 11/30/2007   Page 3 of 4

## COUNT 3

On or about November 8, 2007, at Newark Airport, in the District of New Jersey and elsewhere, defendant

JEAN CARLOS BAEZ-ALGARIN

did knowingly and intentionally distribute and possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a) & (b)(1)(A)(ii), and Title 18, United States Code, Section 2.


A TRUE BILL


CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 2007R01274

07-956(KSH)

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

CHRISTIAN DAVID TORRES-CESPEDES,
ANGEL VELEZ-TORRES, and
JEAN CARLOS BAEZ-ALGARIN

# INDICTMENT FOR VIOLATIONS OF
# 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii)
# and 18 U.S.C. § 2

A True Bill,

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

JUSTIN W. ARNOLD
*ASSISTANT U.S. ATTORNEY*
973-645-2785

USA-48AD 8
(Ed. 1/97)

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00956-FSH All Defendants

Case title: USA v. TORRES-CESPEDES et al

Magistrate judge case numbers: 2:07-mj-03667-MF
2:07-mj-03668-MF
2:07-mj-03669-MF

Date Filed: 11/30/2007
Date Terminated: 03/06/2008

Assigned to: Judge Faith S. Hochberg

### Defendant (1)

**CHRISTIAN DAVID TORRES-CESPEDES**
*TERMINATED: 03/06/2008*

represented by **DAVID A. HOLMAN**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
972 BROAD STREET
NEWARK, NJ 07102
(973) 645-6347
Email: david_holman@fd.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level
(Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| 21:841(a) & (b)(1)(A)(ii) and 18:2 CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (dof 11/8/07) (1) | Rule 20 - United States District Court for the Southern District of New York |

**Highest Offense Level
(Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| 21:841A=CD.F - CONTROLLED SUBSTANCE, SELL, DISTRIBUTE OR DISPENSE | |

Assigned to: Judge Faith S. Hochberg

**Defendant (2)**

ANGEL VELEZ-TORRES    represented by    MARIA DELGAIZO
TERMINATED: 03/06/2008                   NOTO
                                         NOTO & WASHBURNE, PC

746 HIGHWAY 34
SUITE 8
MATAWAN, NJ 07747
(732) 441-9546
Fax: (732) 441-9547
Email: mdnlawfirm@aol.com

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level
(Opening)**

None

**Terminated Counts**

21:841(a) & (b)(1)(A)(ii) and
18:2 CONTROLLED
SUBSTANCE - SELL,
DISTRIBUTE, OR
DISPENSE (dof 11/8/07)
(2)

**Disposition**

Rule 20 - United States
District Court for the
Southern District of New
York

**Highest Offense Level
(Terminated)**

Felony

**Complaints**

21:841A=CD.F -

**Disposition**

CONTROLLED
SUBSTANCE - SELL,
DISTRIBUTE OR
DISPENSE

Assigned to: Judge Faith S.
Hochberg

**Defendant (3)**

| | | |
|---|---|---|
| **JEAN CARLOS BAEZ-ALGARIN**<br>*TERMINATED: 03/06/2008* | represented by | **MICHAEL N. PEDICINI**<br>60 WASHINGTON STREET<br><br>MORRISTOWN, NJ 07960<br>(973) 285-1555<br>Email:<br>michael.pedicini@verizon.net<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED*<br>*Designation: CJA*<br>*Appointment* |

**Pending Counts**                    **Disposition**

None

**Highest Offense Level
(Opening)**

None

**Terminated Counts**                    **Disposition**

21:841(a) & (b)(1)(A)(ii) and
18:2 CONTROLLED
SUBSTANCE - SELL,
DISTRIBUTE, OR

Rule 20 - United States
District Court for the
Southern District of New

DISPENSE (dof 11/8/07)                         York
(3)

## Highest Offense Level
## (Terminated)
Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE OR DISPERSE | |

## Plaintiff
**USA**                        represented by **JUSTIN W. ARNOLD**
OFFICE OF THE US
ATTORNEY
970 BROAD STREET
SUITE 700
NEWARK, NJ 07102
(973) 645-2785
Email:
justin.arnold@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2007 | 1 | COMPLAINT as to ANGEL VELEZ-TORRES (1). (LM, ) [2:07-mj-03668-MF] (Entered: 12/03/2007) |
| 11/09/2007 | | Arrest of ANGEL VELEZ-TORRES. (LM, ) [2:07- |

| | | | |
|---|---|---|---|
| | | | mj-03668-MF] (Entered: 12/03/2007) |
| 11/09/2007 | | 2 | Minute Entry for proceedings held before Judge Mark Falk :Initial Appearance as to ANGEL VELEZ-TORRES held on 11/9/2007; interp. sworn; deft. advised of rights; appt. of CJA counsel; prelim. hearing waived; fin. aft. executed; consent to detention, etc.; temp commitment; (Tape #07-11.) (LM, ) [2:07-mj-03668-MF] (Entered: 12/03/2007) |
| 11/09/2007 | | 3 | CJA 20 as to ANGEL VELEZ-TORRES: Appointment of Attorney MARIA DELGAIZO NOTO for ANGEL VELEZ-TORRES. Signed by Judge Mark Falk on 11/9/07. (LM, ) [2:07-mj-03668-MF] (Entered: 12/03/2007) |
| 11/09/2007 | | 4 | TEMPORARY COMMITMENT Issued as to ANGEL VELEZ-TORRES. (LM, ) [2:07-mj-03668-MF] (Entered: 12/03/2007) |
| 11/09/2007 | | 1 | COMPLAINT as to JEAN CARLOS BAEZ-ALGARIN (1). (LM, ) [2:07-mj-03669-MF] (Entered: 12/03/2007) |
| 11/09/2007 | | | Arrest of JEAN CARLOS BAEZ-ALGARIN. (LM, ) [2:07-mj-03669-MF] (Entered: 12/03/2007) |
| 11/09/2007 | | 2 | Minute Entry for proceedings held before Judge Mark Falk :Initial Appearance as to JEAN CARLOS BAEZ-ALGARIN held on 11/9/2007; deft. advised of rights; interp. sworn; appointment of CJA counsel; fin. afft. executed; consent to detention, etc.; temp. commitment. (Tape #07-11.) (LM, ) [2:07-mj-03669-MF] (Entered: 12/03/2007) |
| 11/09/2007 | | 3 | CJA 20 as to JEAN CARLOS BAEZ-ALGARIN: Appointment of Attorney MICHAEL N. PEDICINI for JEAN CARLOS BAEZ-ALGARIN. Signed by Judge Mark Falk on 11/9/07. (LM, ) [2:07-mj-03669-MF] (Entered: 12/03/2007) |
| | | | |

| | | |
|---|---|---|
| 11/09/2007 | 4 | TEMPORARY COMMITMENT Issued as to JEAN CARLOS BAEZ-ALGARIN. (LM, ) [2:07-mj-03669-MF] (Entered: 12/03/2007) |
| 11/09/2007 | 1 | COMPLAINT as to CHRISTIAN DAVID TORRES-CESPEDES (1). (LM, ) [2:07-mj-03667-MF] (Entered: 12/03/2007) |
| 11/09/2007 | | Arrest of CHRISTIAN DAVID TORRES-CESPEDES. (LM, ) [2:07-mj-03667-MF] (Entered: 12/03/2007) |
| 11/09/2007 | 2 | Minute Entry for proceedings held before Judge Mark Falk :Initial Appearance as to CHRISTIAN DAVID TORRES-CESPEDES held on 11/9/2007; interp. sworn; deft. advised of rights; prelim. hearing waived; fin. aft.executed; appt. fed. public defenders; consent to detention, etc., temp. commitment; Detention Hearing set for 11/14/2007 11:00 AM in Newark - Courtroom 9 before Magistrate Judge Mark Falk. (Tape #07-11.) (LM, ) [2:07-mj-03667-MF] (Entered: 12/03/2007) |
| 11/09/2007 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to CHRISTIAN DAVID TORRES-CESPEDES DAVID A. HOLMAN for CHRISTIAN DAVID TORRES-CESPEDES appointed. Signed by Judge Mark Falk on 11/9/07. (LM, ) [2:07-mj-03667-MF] (Entered: 12/03/2007) |
| 11/09/2007 | 4 | TEMPORARY COMMITMENT Issued as to CHRISTIAN DAVID TORRES-CESPEDES. (LM, ) [2:07-mj-03667-MF] (Entered: 12/03/2007) |
| 11/30/2007 | 5 | INDICTMENT as to CHRISTIAN DAVID TORRES-CESPEDES (1) count(s) 1, ANGEL VELEZ-TORRES (2) count(s) 2, JEAN CARLOS BAEZ-ALGARIN (3) count(s) 3. (jgb) (Entered: 12/03/2007) |
| 11/30/2007 | | Notice of Allocation and Assignment as to CHRISTIAN DAVID TORRES-CESPEDES, ANGEL |

| | | |
|---|---|---|
| | | VELEZ-TORRES, JEAN CARLOS BAEZ-ALGARIN (Newark - Judge Faith S. Hochberg) (jgb) (Entered: 12/03/2007) |
| 12/04/2007 | | Notice of Allocation and Assignment setting Arraignment as to CHRISTIAN DAVID TORRES-CESPEDES, ANGEL VELEZ-TORRES, JEAN CARLOS BAEZ-ALGARIN Arraignment set for 12/6/2007 11:00 AM in Newark - Courtroom 1 before Judge Faith S. Hochberg. (jgb) (Entered: 12/04/2007) |
| 12/05/2007 | 6 | ORDER as to CHRISTIAN DAVID TORRES-CESPEDES, ANGEL VELEZ-TORRES, JEAN CARLOS BAEZ-ALGARIN: Arraignment reset for 12/11/2007 11:30 AM in Newark - Courtroom 1 before Judge Faith S. Hochberg. Signed by Judge Faith S. Hochberg on 12/5/2007. (lm, ) (Entered: 12/05/2007) |
| 12/11/2007 | 7 | Minute Entry for proceedings held before Judge Faith S. Hochberg :Arraignment as to CHRISTIAN DAVID TORRES-CESPEDES (1) Count 1 and ANGEL VELEZ-TORRES (2) Count 2 and JEAN CARLOS BAEZ-ALGARIN (3) Count 3 held on 12/11/2007 Status Conference set for 1/7/2008 01:00 PM in Newark - Courtroom 1 before Judge Faith S. Hochberg. (Court Reporter J. Stone.) (lm, ) (Entered: 12/12/2007) |
| 12/11/2007 | 8 | ORDER for Discovery and Inspection as to CHRISTIAN DAVID TORRES-CESPEDES, ANGEL VELEZ-TORRES, JEAN CARLOS BAEZ-ALGARIN. Signed by Judge Faith S. Hochberg on 12/11/2007. (lm, ) (Entered: 12/12/2007) |
| 01/07/2008 | 9 | Minute Entry for proceedings held before Judge Faith S. Hochberg :Status Conference as to CHRISTIAN DAVID TORRES-CESPEDES, ANGEL VELEZ-TORRES, JEAN CARLOS BAEZ-ALGARIN held on 1/7/2008. (Court Reporter J. Stone.) (lm, ) (Entered: |

| | | |
|---|---|---|
| | | 01/07/2008) |
| 02/05/2008 | 10 | ORDER TO CONTINUE - Ends of Justice as to CHRISTIAN DAVID TORRES-CESPEDES, ANGEL VELEZ-TORRES, JEAN CARLOS BAEZ-ALGARIN Time excluded from 1/22/2008 until 2/21/2008. Signed by Judge Faith S. Hochberg on 2/5/2008. (lm, ) (Entered: 02/06/2008) |
| 03/06/2008 | 11 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK Counts closed as to CHRISTIAN DAVID TORRES-CESPEDES (1) Count 1. (Transmittal Letter sent to NY on 3/7/08) (jgb) (Entered: 03/07/2008) |
| 03/06/2008 | 12 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK Counts closed as to ANGEL VELEZ-TORRES (2) Count 2. (Transmittal Letter sent to NY on 3/7/08) (jgb) (Entered: 03/07/2008) |
| 03/06/2008 | 13 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK Counts closed as to JEAN CARLOS BAEZ-ALGARIN (3) Count 3. (Transmittal Letter sent to NY on 3/7/08) (jgb) (Entered: 03/07/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/17/2008 09:29:47 | | | |
| **PACER Login:** | us5070 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cr-00956-FSH Start date: 1/1/1970 End |

| | | | date: 3/17/2008 |
|---|---|---|---|
| **Billable Pages:** | 4 | **Cost:** | 0.32 |